CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

April 14, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THAD GILBERT COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00093 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MIS LOW, *et al.*, | ) | By:    Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Thad Gilbert Cooper, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Mis Low, Mail Room for DOC, and Intel. (*See* ECF No. 1.) On March 10, 2026, the court ordered Plaintiff to execute and return a consent-to-withholding-of-filing-fees form to complete his application for leave to proceed in forma pauperis without prepayment of the filing fee. (*See* ECF No. 7.) The court advised Plaintiff that failure to comply with the order within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.) More than 30 days have elapsed, and Plaintiff has failed to submit a signed consent form or pay the full filing fee.

Based on Plaintiff's failure to comply with the court's order and his failure to pay the filing fee, the court will dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) and 28 U.S.C. § 1914. The court notes that this dismissal is without prejudice to Plaintiff's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 14th day of April, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE